# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs ) <br> ) <br> ERICK GONZALEZ-GAMEZ ) <br> ) <br> Defendant, ) <br> _____) | No. 07CR0718-BEN <br><br> **JUDGMENT OF DISMISSAL** <br> (Rule 32(d)(1), Fed.R.Crim.P.) |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed against the defendant and the Court has granted the motion of the Government for dismissal of this case without prejudice; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of: 21 USC 952,960 - Importation of marijuana

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged pursuant to Rule 32(d)(1), Federal Rules of Criminal Procedure.

DATED: 5/22/07

_____
United States Magistrate Judge

ENTERED ON _____